UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BELL, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:08CV1950 HEA |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's motions to amend his petition brought pursuant to 28 U.S.C. § 2254, for leave to proceed in forma pauperis, and to expedite the disposition of this matter.

On August 3, 2009, after the Honorable Mary Ann L. Medler issued a Report and Recommendation in this matter, petitioner moved to voluntarily dismiss his action so he could further pursue state remedies. The Court granted petitioner's motion and dismissed the action without prejudice. As this case is now closed, petitioner's post-dismissal motions will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motions to amend his petition, to proceed in forma pauperis and to expedite the disposition of this matter [Docs. #51, #52 and #54] are **DENIED**.

**IT IS FURTHER ORDERED** that petitioner may not file any additional motions in this closed case.

Dated this 1st day of April, 2010.

*/s/ Henry Edward Autrey*
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE